# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>        Petitioner,<br><br>   v.<br><br>R. CASTRO,<br><br>        Respondent. | No. 2:21-CV-1040-TLN-DMC-P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 17, for an extension of time to file objections to the Court's April 19, 2022, findings and recommendations. Good cause appearing therefor, Petitioner's motion is granted. The objections filed on May 19, 2022, are deemed timely.

        IT IS SO ORDERED.

Dated: May 27, 2022

                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE